# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN CALDWELL,
ADC #90188                                                                                           PLAINTIFF

V.                                      5:14CV00042 BSM/JTR

WENDY KELLEY,
Deputy Director of Health Services, ADC, et al.                        DEFENDANTS

## ORDER

Plaintiff, John Caldwell, has filed a Motion (*Doc. 19)* asking the Court to reconsider its April 8, 2014 Order (*Doc. 15*) that denied his request to appoint a medical expert. Plaintiff has not provided a sufficient reason for the Court to do so.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Reconsideration *(Doc. 19)* is DENIED.

Dated this 23rd day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE