IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN CALDWELL                                                                                PLAINTIFF
ADC #90188

v.                              CASE NO.  5:14CV00042 BSM

WENDY KELLEY,
Deputy Director of Health Services, ADC, et al.                         DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed, along with the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for a preliminary injunction and for an expedited ruling [Doc. Nos. 32, 54] are denied.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 25th day of August 2014.

                                                                        /s/ Brian S. Miller
                                                                        UNITED STATES DISTRICT JUDGE