# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN CALDWELL,
ADC #90188                                                                                           PLAINTIFF

V.                                    5:14CV00042 BSM/JTR

WENDY KELLEY,
Deputy Director of Health Services, ADC, et al.                         DEFENDANTS

## ORDER

Plaintiff has filed a Motion seeking clarification of the September 4, 2014 Order. *Doc. 64.* The Court finds good cause for granting that request.

On September 4, 2014, the Court entered an Order explaining to Plaintiff that he must mail his discovery requests and response directly to Defendants' attorney, and not file them in the record. The Court went on to instruct the Clerk to refrain "from docketing any future discovery from Plaintiff." *Doc. 58.*

Thereafter, Plaintiff filed three Motion to Compel. *Docs. 60, 61, & 62.* The Clerk struck all three Motions from the record due to a mistaken belief that the September 4, 2014 Order precluded Plaintiff from filing such Motions. *Id.* Plaintiff then filed the current Motion for Clarification, which includes a fourth Motion to Compel. *Doc. 64.*

The Court will instruct the Clerk to file all four Motions to Compel in the

record and give Defendants fourteen days to their Response.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Clarification (*Doc. 64*) is GRANTED.

2. The Clerk is directed to separately file in the record: (a) Plaintiff's Motion to Compel Discovery as to Defendant York (*Doc. 60*); (b) Plaintiff's Motion to Compel Discovery as to Defendant Dr. Floss (*Doc. 61*); (c) Plaintiff's Motion to Compel Discovery as to Defendant Dr. Iko (*Doc. 62*); and (d) Plaintiff's Motion to Compel Discovery as to Defendant Kelley (*Doc. 64, pgs. 2 through 11*).

3. Defendants must file a Response to the Motions to Compel **on or before October 29, 2014**.

4. The dispositive motion deadline is extended to **November 28, 2014**

Dated this 16th day of October, 2014.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE