IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN CALDWELL                                                                                          PLAINTIFF
ADC # 90188

v.                              CASE NO. 5:14CV00042 BSM

WENDY KELLEY et al.                                                                                DEFENDANTS

## ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere and John Caldwell's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1      Caldwell's lawsuit is dismissed with prejudice.

2      It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of August 2015.

                                                                            /s/ Brian S. Miller
                                                                  UNITED STATES DISTRICT JUDGE